# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON LAMONT STRIBLING,<br><br>    Plaintiff,<br><br>    v.<br><br>MACHADO, et al.,<br><br>    Defendants. | Case No. 1:18-cv-01061-DAD-BAM (PC)<br><br>ORDER DENYING MOTION TO AMEND COMPLAINT AS MOOT<br><br>(ECF No. 11) |

Plaintiff Aaron Lamont Stribling ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on August 2, 2018. (ECF No. 1.) Plaintiff's complaint has not yet been screened, as his application to proceed *in forma pauperis* was denied and he has not yet paid the filing fee.

Currently before the Court is Plaintiff's motion to amend the complaint, filed August 27, 2018. (ECF No. 11.) Plaintiff states that he wishes to add a defendant, and it appears that he also wishes to include additional allegations. (Id.)

Under Rule 15(a)(1) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. Plaintiff's complaint has not yet been served, and no defendant has yet appeared. Accordingly, leave to amend is not required, and Plaintiff may lodge a first amended complaint if he still desires to do so. Plaintiff is reminded, however, that this action cannot proceed and the complaint

1

will not be screened until the filing fee is paid in full.  Plaintiff's motion for reconsideration regarding payment of the filing fee remains pending with the assigned District Judge in this matter, and will be addressed by separate order.

Accordingly, Plaintiff's motion to amend, (ECF No. 11), is DENIED as moot.

IT IS SO ORDERED.

Dated: **February 5, 2019**      /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE